## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

David Goulding, et al.
                                      Plaintiff,

v.                                          Case No.: 1:22–cv–05224
                                                   Honorable Sharon Johnson Coleman

Mark Miller
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' motion for extension of time to file response brief [21] is granted. Plaintiffs to file a response to defendant's motion to dismiss [19] by 3/15/2023. Defendant to file a reply by 3/29/2023. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 3/15/2023. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.