## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

David Goulding, et al.
       Plaintiff,

v.             Case No.: 1:22−cv−05224
            Honorable Sharon Johnson Coleman

Mark Miller
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 3/21/2023. Counsel for defendant did not appear nor contact the Court. Over the objection of defendant, plaintiffs' motion for extension of time to file response to defendant's motion to dismiss [24] is granted. Plaintiffs to file response today, 3/21/2023. Defendant to file a reply by 4/4/2023. No further extension will be granted. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.