**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| David Goulding, Howard Salamon, Robin Goulding) and John O'Shea ) | |
| ) | Case No. 1:22-cv-05224 |
| Plaintiffs        ` ) | |
| ) | Judge Sharon Johnson Coleman |
| vs. ) | |
| ) | |
| Mark Miller ) | |
| ) | |
| Defendant ) | |

**NOTICE OF MOTION**

To:    Fred R. Harbecke
       `53 West Jackson Boulevard, Suite 1510
       Chicago, IL 60604


PLEASE BE ADVISED that on December 13, 2023 at 10:00 a.m.**,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in courtroom  1241 at  the Dirksen U.S. Courthouse, 219 S. Dearborn Street Chicago, IL 60604, then and there present the attached Plaintiff's Motion For Additional Time to Respond to Plaintiffs' First Amended Complaint, a copy of which is attached and hereby served upon you**.**

*/s/ Thomas F. Burke*
One of the attorneys for Plaintiff

Thomas F. Burke (burket@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Firm No. 06347

**CERTIFICATE OF SERVICE**

The undersigned attorney, on oath states he caused to be served the above-listed documents upon Plaintiffs' Attorney of Record via email on December 8, 2023.

*Thomas Burke*

[X]     Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois
        Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set
        forth herein are true and correct.