## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Goulding, et al.
                        Plaintiff,

v.                                      Case No.: 1:22−cv−05224
                                      Honorable Sharon Johnson Coleman

Mark Miller
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 12/12/2023 and continued to 2/14/2024 at 9:15 a.m. The Court inquired as to why a joint status report with proposed schedule had not been filed by 12/5/2023 per the order entered on 11/21/2023. Counsel said a JSR was delivered to chambers today. Perhaps it was delivered to the chambers of the district judge as the document could not be found. Regardless, the JSR was due on 12/5/2023 (not 12/12/2023) and should have been filed on CM−ECF to become part of the court record (no courtesy copy need be delivered). Given the defendant's incarceration and the holidays, the parties are given two months (until 2/9/2024) to exchange Rule 26(a)(1) disclosures and file a JSR with a proposed discovery schedule. Despite the defendant being in federal custody, there is no apparent reason he cannot arrange to communicate with counsel by phone, mail, and/or in person. Defense counsel's oral motion for a stay of all discovery until the defendant's anticipated release from prison in July, 2024 is denied. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.