# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Goulding, et al.
                    Plaintiff,

v.  Case No.: 1:22−cv−05224
    Honorable Sharon Johnson Coleman

Mark Miller
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

   MINUTE entry before the Honorable Sheila M. Finnegan: Defendant Miller's motion for sanctions [54] is taken under advisement. Plaintiffs' response is due by 7/8/2024, and any reply by 7/15. Motion hearing is set on 7/17/2024 at 10 a.m. in courtroom 2214. Telephone status hearing on 7/2/2024 is cancelled. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.