IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Goulding, Howard Salamon, Robyn Goulding, and John O'Shea., | ) ) ) ) | Case No. 1:22-cv-05224 |
| Plaintiffs, | ) | |
| v. | ) ) | Judge Sharon Coleman |
| Mark Miller, | ) | |
| Defendant. | ) ) | |

**Motion for Leave to File an Appearance**

Now comes, Plaintiffs, David Goulding, Howard Salamon, Robyn Goulding, and John O'Shea., via their counsel, and hereby respectfully moves this Court pursuant to Local Rule 83.17 for leave to file an additional attorney appearances in this Case.

Plaintiffs are currently represented in this Case by Fred Harbecke. Plaintiffs seek to have both Carla Carter and Michael Davis of the law firm Davis & Carter LLC file appearances in the case. Both Attorney Carter and Davis are licensed attorney in good standing with the State of Illinois and are members of this Court's bar.

This request is made to provide Plaintiff with additional counsel to assist in the case. Defense Counsel has indicated he has no objection to this Motion.

The granting of this Motion will not prejudice any party.

Wherefore, the undersigned attorneys respectfully request this Court grant their Motion for Leave to File Appearances in this Case.

July 11, 2024                                             Respectfully submitted,

/s/ Carla E. Buterman-Carter
Carla E. Carter (6281101)
Michael S. Davis
Davis & Carter LLC
53 W. Jackson Blvd. #1560
Chicago, IL 60604
ccarter@daviscarterlaw.com
312.600.5485