## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Goulding, et al.
                                Plaintiff,

v.                                                         Case No.: 1:22–cv–05224
                                                        Honorable Sharon Johnson Coleman

Mark Miller
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Motion hearing held on 7/17/2024. Plaintiffs' attorney of record, Fred Harbecke, is accompanied by Michael Davis who filed a pending motion on 7/12/2024 seeking to appear as additional counsel (Doc. 56). Defendant's counsel Thomas Burke also appears. For reasons stated on the record and in a separate written order that will be issued, Defendant's Motion for Sanctions [54] is granted; however, the Court takes under advisement whether to recommend the sanction of dismissal of the lawsuit as Defendant asks or some other sanction. Plaintiffs are given until 7/29/2024 to file a brief addressing that question, and Defendants are to respond by 8/5/2024. As for Plaintiffs' motion filed on 7/12/2024 seeking an unspecified enlargement of the time [57] to respond to the motion for sanctions, that motion is denied as untimely since it was filed 4 days after the deadline to file the response (7/8/2024) had already passed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.