# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Goulding, et al.
                             Plaintiff,

v.                                               Case No.: 1:22–cv–05224
                                                   Honorable Sharon Johnson Coleman

Mark Miller
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

    MINUTE entry before the Honorable Sheila M. Finnegan. Magistrate Judge telephone status hearing held on 9/10/2024 and continued to 10/10/2024 at 9:30 a.m. Regarding Defendant's request that the lawsuit be dismissed with prejudice as a sanction for Plaintiffs' failure to timely comply with discovery, the Court declines to recommend this for reasons stated on the record; however, Plaintiffs are ordered to pay Defendant's reasonable fees and costs incurred in filing the motion for sanctions [54] and appearing on that motion on 7/17/2024 [58]. If the parties are unable to reach agreement on the amount and date of the payment, Defendant may file a fee petition. Further, to the extent Plaintiffs made objections to Defendant 9;s written discovery, those objections are waived as untimely. Regarding Defendant's motion to extend time for discovery (if lawsuit is not dismissed) [61], the motion is granted in part: the 8/14/2024 deadline is extended for the purpose of (a) completing previously–issued written discovery and (b) oral discovery. The Court will set the new deadline at the next status. The parties are to confer on a proposed new deadline and file a joint status report by 9/24/2024 with their joint or separate proposals. Also by 9/24/2024, the parties are to complete their efforts to resolve disputes over responses to written discovery and file any motions to compel if they require a court ruling. Finally, Plaintiffs are given until 9/17/2024 to produce the additional documents described during today's hearing (e.g., missing attachments to emails that Defendant is to promptly identify). The toll–free number for the hearing is 877–336–1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.