## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Goulding, et al.
                          Plaintiff,

v.                                                             Case No.: 1:22−cv−05224
                                                            Honorable Sharon Johnson Coleman

Mark Miller
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiffs' motion to compel [72] is taken under advisement. Response is due by 10/1/2024, and the reply by 10/8/2024. The motion will be heard on 10/10/2024 during the previously−scheduled status hearing; however, the time of the hearing is moved from 9:30 a.m. to 10 a.m. and it will be conducted by video instead of telephone. The parties are to appear at the video hearing by accessing the following hyper link: https://us−courts.webex.com/join/sheila_finneganil nd.uscourts.gov. Parties that do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: the number is 1−650−479−3207; Access: 180 965 8027. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.