# AGREEMENT

This Agreement (the "Agreement") is entered into effective July 17, 2017, by and between:

John O'Shea, with its principal offices located at 1333 Sprucewood Deerfield, IL 60015;

Capitol Capital Corporation, 20 Margaret Ave, Lawrence N.Y. 11559;

Robyn Goulding, with her principal offices located at 1333 Sprucewood Deerfield, IL 60015;

Market Cap Concepts, LLC, PO box 2811, Woodstock GA 30188; and

Mark Miller.

## RECITALS:

WHEREAS, John O'Shea had previously entered one or more agreements with Capitol Capital Corporation, each of which are hereby terminated and superseded by this Agreement, including any considerations provided for herein.

WHEREAS, Market Cap Concepts, LLC (MCC) and Mark Miller are each desirous of providing consultancy services to Capitol Capital Corporation and whereas Capitol Capital Corporation is desirous of engaging the services of each, including identifying private companies desirous of being acquired by Indo Global Exchange(s) Pte, Ltd. (the "Company") and/or by Capitol Capital Corporation.

WHEREAS, in August 2016, Capitol Capital Corporation acquired from Dermot Monaghan, a third party, a $52,545 convertible (of which $38,006 was then due and payable), for which the Company issued a convertible promissory note (the "Debenture").

WHEREAS, on or about August 5, 2016, Capitol Capital Corporation advanced $25,000 to Indo Global for a $100,000 note (the "$100,000 Note").

WHEREAS, in accordance with the terms of a certain Debt Settlement Resolution entered into by the parties hereto as of the date hereof, Capitol Capital Corporation has relinquished all rights to the Debenture and to the $100,000 Note, in exchange for 680,000,000 shares (the "Shares") of Indo Global Exchange(s) Pte, Ltd.

WHEREAS, while this Agreement contemplates that Capitol Capital Corporation will pay other parties to this Agreement from income derived from the Shares, the Shares shall belong solely to Capitol Capital Corporation, and no other party shall have any rights or ownership in or to the Shares themselves, including, without limitation, no right to vote such Shares, no control, no right to influence the Company or its management, no right to possession, no right to sell or to otherwise dispose of the Shares.

NOW THEREFORE, in consideration of the mutual covenants and promises herein contained and upon the terms and conditions hereinafter set forth, the parties hereto, intending to be legally bound, agree as follows:

1. The above recitals are incorporated herein by this reference.

2. The net proceeds on the sale of the 680,000,000 shares issued pursuant to the Debt Settlement Resolution shall be divided as follows:

   a. The first $128,102.23 shall be paid 15.4% each, to each of John O'Shea, Howard Salamon, David Goulding and to Randall S. Goulding, 38.57% to Securities Counselors Inc. and 12.5% to each of Mark Miller and Jason Black and thereafter the net sales proceeds shall be paid;

   b. Thereafter, the division shall be as follows: 37.5% to John O'Shea, and 12.5% to each of Howard Salamon, David Goulding, Randall S. Goulding, Mark Miller and Jason Black.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date set forth above.

JOHN O'SHEA:

_____        Date 07/19/2019
John O'Shea, individually

ROBYN GOULDING:

*Robyn Goulding*        Date 7/19/19
Robyn Goulding, individually

CAPITOL CAPITAL CORPORATION:

By: _____        Date _____
Howard Salamon, CEO

MARK MILLER:

_____        Date _____

MARKET CAP CONCEPTS LLC:

By: *Jason Black*        Date 07/17 2019
Jason Black, President

1. The above recitals are incorporated herein by this reference.

2. The net proceeds on the sale of the 680,000,000 shares issued pursuant to the Debt Settlement Resolution shall be divided as follows:

   a. The first $128,102.23 shall be paid 15.4% each, to each of John O'Shea, Howard Salamon, David Goulding and to Randall S. Goulding, 38.57% to Securities Counselors Inc. and 12.5% to each of Mark Miller and Jason Black and thereafter the net sales proceeds shall be paid;

   b. Thereafter, the division shall be as follows: 37.5% to John O'Shea, and 12.5% to each of Howard Salamon, David Goulding, Randall S. Goulding, Mark Miller and Jason Black.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date set forth above.

JOHN O'SHEA:

_____          Date_____
John O'Shea, individually

ROBYN GOULDING:

_____          Date_____
Robyn Goulding, individually

CAPITOL CAPITAL CORPORATION:

By:_____          Date_____
Howard Salamon, CEO

MARK MILLER:

/s/ Mark Miller                          Date 07/17/2019

MARKET CAP CONCEPTS LLC:

By: /s/ Jason Black                      Date 07/172019
Jason Black, President

1. The above recitals are incorporated herein by this reference.

2. The net proceeds on the sale of the 680,000,000 shares issued pursuant to the Debt Settlement Resolution shall be divided as follows:

    a. The first $128,102.23 shall be paid 15.4% each, to each of John O'Shea, Howard Salamon, David Goulding and to Randall S. Goulding, 38.57% to Securities Counselors Inc. and 12.5% to each of Mark Miller and Jason Black and thereafter the net sales proceeds shall be paid;

    b. Thereafter, the division shall be as follows: 37.5% to John O'Shea, and 12.5% to each of Howard Salamon, David Goulding, Randall S. Goulding, Mark Miller and Jason Black.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date set forth above.

JOHN O'SHEA:

_____  Date_____
John O'Shea, individually


ROBYN GOULDING:

_____  Date_____
Robyn Goulding, individually


CAPITOL CAPITAL CORPORATION:

By: _*signature*_____  Date 7-17-19
Howard Salamon, CEO


MARK MILLER:

_____  Date_____


MARKET CAP CONCEPTS LLC:

By: _*Jason Black*_____  Date 07/172019
Jason Black, President