## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| David Goulding, Howard Salamon, Robin Goulding and John O'Shea | ) ) ) Case No. 1:22-cv-05224 |
| Plaintiffs ` | ) ) |
| vs. | ) Judge Sharon Johnson Coleman ) Magistrate Judge Finnegan ) |
| Mark Miller | ) ) |
| Defendant | ) |

## NOTICE OF MOTION

TO: Fredrick Harbecke at fredrharbecke@sbcglobal.net

PLEASE BE ADVISED that on October 10, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sheila M. Finnegan and then and there present the attached Defendants Motion to Quash Subpoenas , a copy of which is attached and hereby served upon you. The parties are to appear by video hearing by accessing the following hyper link: https://us-courts.webex.com/join/sheila_finneganil nd.uscourts.gov.

                                                 /s/ *Thomas F. Burke*
                                                 Attorney for Defendant

Thomas F. Burke (burket@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770