# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Goulding, Howard Salamon, Robyn Goulding, and John O'Shea., <br>     Plaintiffs, <br> v. <br><br> Mark Miller, <br>     Defendant. | Case No. 1:22-cv-05224 <br><br> Judge Sharon Johnson Coleman |

### AFFIDAVIT OF DAVID GOULDING

I, David Goulding being first duly sworn on oath state that if called to testify in this matter, I would competently testify to the following facts based on personal knowledge, information, and belief, as follows:

1. I am one the Plaintiffs in the above captioned case.

2. I am the rightful owner of 3,800,000 shares of Capitol Capital Corporation ("CCC").

3. On August 12, 2019, I was appointed CEO of CCC by Howard Salamon.

4. At no time in 2019 was Mark Miller a director or office of CCC.

5. At no time in 2019 was I aware that Mark Miller had sold any shares of Indo Global stock.

6. At no time in 2019 did Mark Miller inform me that he sold any shares of Indo Global Stock.

7. At no time in 2019 was I aware that a bank account was opened in the name of CCC at American National Bank of Minnesota.

8. At no time in 2019 was Mark Miller authorized to open up a bank account in the name of CCC.

9. At no time in 2019 did I authorize any payments of any kind to Mark Miller on behalf of CCC from proceeds from the sale of Indo Global shares or otherwise.

10. At no time in 2019 was I aware that Mark Miller had filed Articles of Incorporation for CCC in the state of Colorado.

1

11. At no time in 2019 did Mark Miller have the authority to file Articles of Incorporation on behalf of CCC in the state of Colorado.

12. At no time in 2019 did Mark Miller own 11,400,000 shares of CCC.

13. On June 19, 2020, I appointed Mark Miller (Title) of CCC. At that time, I was unaware Mark Miller had sold any shares of Indo Global Stock, that Mark Miller had opened up a bank account on behalf of CCC, or that Mark Miller had illicitly incorporated CCC in Colorado.

14. Prior to June 19, 2020, Mark Miller did not own any shares in CCC, nor was he an officer or director of CCC.

Further, your affiant sayeth naught.

_____, November 15, 2024
David Goulding

**VERIFICATION BY CERTIFICATION**

I, David Goulding, being first duly sworn on oath deposes and states that, under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that she verily believes the same to be true.

_____, November 15, 2024
David Goulding

2