## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

David Goulding, et al.
       Plaintiff,

v.             Case No.: 1:22–cv–05224
              Honorable Sharon Johnson Coleman

Mark Miller
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 5, 2024:

  MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiff's motion for extension of time (until 2/15/2025) to depose third parties, namely, Jennifer Miller and Jason Black [88] is taken under advisement. Defendant's response is due by 12/16/2024, and any reply by 12/23/2024. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.