**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

David Goulding, et al.
                            Plaintiff,

v.                                         Case No.: 1:22−cv−05224
                                                  Honorable Sharon Johnson Coleman

Mark Miller
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 27, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiff's motion for extension of time (until 2/15/2025) to depose third parties, namely, Jennifer Miller and Jason Black [88] is granted for the reasons stated in the motion and given the lack of any opposition brief (due 12/16/2024). To the extent the process servers are unable to find the witnesses and defendant has information about their whereabouts in his possession, custody, or control, he is ordered to provide the information to Plaintiff's counsel by 1/3/2025. The hearing set on 1/13/2025 is cancelled and reset to 2/18/2025 at 9:30 a.m. by video. The parties are to appear at the video hearing by accessing the following hyper link: https://us−courts.webex.com/meet/scott_white Parties that do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1−650−479−3207; Access:23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.