UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

David Goulding, Howard Salamon, Robyn Goulding, and John O'Shea

    Plaintiffs,

v.

Mark Miller,

    Defendant.

22 cv 05224

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

**NOW COMES** Fred R. Harbecke ("Harbecke"), and prays this Honorable Court pursuant to Rule LR 83.17 of the Rules of the United States District court for the Northern District of Illinois, for leave to withdraw as counsel for the Plaintiffs, and in support thereof states as follows:

1. The complaint if this matter was filed on September 26, 2022, with Harbecke appearing as counsel for the Plaintiffs.

2. On or about August 7, 2024, Plaintiffs engaged additional counsel, Michael Davis (August 7, 2024) and Carla E. Carter (September 25, 2024, who have filed additional appearances for the Plaintiffs.

3. Since they have filed their appearances, said additional counsel have actively engaged in discovery and appeared for Plaintiffs in all proceedings.

4. Consequently, Harbecke's continued appearance in this matter is redundant and an unnecessary expense for the Plaintiffs.

5. Harbecke was informed by Defendant's counsel that he has no objection.

**WHEREFORE**, Harbecke prays for leave to withdraw, and for any further relief that this Honorable Court may deem just.

        David Goulding, Howard Salamon, Robyn Goulding and John O'Shea

        /x/Fred R. Harbecke

Fred R. Harbecke
53 West Jackson Blvd., Suite 1510
Chicago, Illinois 60604
(312) 443-9505
Attorney No. 50107
fredrharbecke@sbcglobal.net