**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

David Goulding, et al.
                    Plaintiff,

v.                                    Case No.: 1:22–cv–05224
                                        Honorable Sharon Johnson Coleman

Mark Miller
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 31, 2024:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Harbecke's motion to withdraw as attorney for Plaintiffs David Goulding and Robyn Goulding is granted [94]. Attorney Fredrick Rahn Harbecke terminated. Presentment set for 1/14/2025 at 10:00am is stricken, no appearance necessary. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.