IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Goulding, Howard Salamon, Robyn Goulding, and John O'Shea., | ) ) ) | |
| Plaintiffs, | ) | Case No. 1:22-cv-05224 |
| v. | ) ) | Judge Sharon Johnson Coleman |
| Mark Miller, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Counsel for the parties jointly and cooperatively submit the following *Joint Initial Status Report* pursuant to this Court's Order of January 6, 2025 (Dkt 99).

**1. Outstanding Discovery and Case Update.**

A. The Parties have completed oral discovery with the exception of Jason Black. Per the Courts Order of December 27, 2024 (Dkt 92), Plaintiffs process servers have not been able to locate Jason Black. Plaintiff's counsel has not received any information about his whereabouts from Defendant. Defendant was unable to provide plaintiff with information on Justin Black's whereabouts.

B. Based on testimony elicited in oral discovery, Plaintiffs intend to file an amended complaint, and corresponding motion for leave to do so. Plaintiff is working towards this currently and intends to file as soon as the last deposition transcript is received.

C. The parties have had some settlement talks, and while talks are continuing, nothing is imminent at the moment.

D. Defendant's Motion for Summary Judgment has been fully briefed. An in person status hearing in front of Judge Coleman is currently scheduled for 3/10/2025 (Dkt 82).

Respectfully submitted,

<u>/s/ Michael S. Davis</u>
Attorney for Plaintiff

Michael Davis
Davis & Carter LLC
53 W. Jackson Blvd. #1560
Chicago, IL 60604
312-763-8214
ARDC # 6199722
mdavis@daviscarterlaw.com


<u>/s/ Thomas F. Burke</u>
Attorney for Defendant

Thomas F. Burke
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
312-372-0770
ARDC #6185040
burket@jbltd.com