# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| David Goulding, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:22–cv–05224 |
| | Honorable Sharon Johnson Coleman |
| Mark Miller | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2025:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant filed a motion for summary judgment on Plaintiffs' first amended complaint on 10/17/2024, which was fully briefed on 1/2/2025. Since then, fact discovery has closed and Plaintiffs have filed a third amended complaint, rendering the first amended complaint inoperative. As such, Defendant's motion for summary judgment is denied as moot [83]. Oral argument will proceed on 8/14/2025 as to Plaintiffs' motion for summary judgment [120] [121]. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.