# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David Goulding et al ,

Plaintiffs,

v.

Mark Miller,

Defendant.

Case No. 24 cv 3829
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) David Goulding, Howard Salamon, Robyn Goulding, John O'Shea and against defendant(s) Mark Miller.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) ,
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on motion for summary judgment.

Date: 8/14/2025

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk