IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Goulding, Howard Salamon, | ) | |
| Robyn Goulding, and | ) | |
| John O'Shea., | ) | Case No. 1:22-cv-05224 |
|     Plaintiffs, | ) | |
| v. | ) | Honorable Laura K. McNally |
| | ) | |
| Mark Miller, | ) | |
|     Defendant. | ) | |

## JOINT STATUS REPORT

    Counsel for the parties jointly and cooperatively submit the following *Joint Initial Status Report* pursuant to this Court's Order of October 16, 2025 (Dkt 149).

    1. Plaintiffs counsel has filed a Motion for Leave to Withdraw as Counsel to be presented at the next court hearing on November 5, 2025.

    2. The parties did confer regarding a negotiated settlement as encouraged by the Court but were unable to reach an agreement.

    3. The parties did confer regarding the anticipated length of trial and proposed deadlines thereof. However, they are uncertain about such issues at the moment. The parties hope to get more direction from Judge McNally at the next hearing on November 5, 2025.

    Respectfully submitted,

    /s/ Michael S. Davis
    Attorney for Plaintiffs

    Michael Davis
    Davis & Carter LLC
    53 W. Jackson Blvd. #1560
    Chicago, IL 60604
    312-763-8214
    ARDC # 6199722
    mdavis@daviscarterlaw.com

<u>/s/ Thomas F. Burke</u>
Attorney for Defendant

Thomas F. Burke
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
312-372-0770
ARDC #6185040
burket@jbltd.com