UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

David Goulding, et al.
                      Plaintiff,

v.                                      Case No.: 1:22−cv−05224
                                            Honorable Laura K. McNally

Mark Miller
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiffs' Motion for Determination of Monetary Damages [140]. Plaintiff seeks a ruling as a matter of law regarding the damages to be awarded in this case. In granting summary judgment in [135], the Court determined liability in Plaintiffs' favor on Counts I–V. Accordingly, as to each of these counts, fact of damage has been established. But the amount of damage was not before the Court in the motion for summary judgment, and the amount of damages is not amenable here to ruling as a matter of law. The motion is denied. Absent a negotiated resolution, the quantum of damages will be determined in the upcoming trial. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.