**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


David Goulding, et al.

                          Plaintiff,

v.                                                      Case No.: 1:22–cv–05224
                                                        Honorable Laura K. McNally

Mark Miller

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 8, 2026:


        MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiffs' motion in limine [160], which raised three issues. Defendant has elected not to respond. The Court has previously ruled [161] on the motion regarding attendance at trial and submission of testimony by deposition transcript. The only remaining issue seeks admission into evidence of "the criminal conviction and guilty plea" of Defendant in United States Securities and Exchange Commission v. Mark A. Miller, Case No. 21–CV–01445 (DSD/ECW) in order to prove a pattern of fraudulent activities. The motion is denied without prejudice. The Court notes that the cited case is a civil matter, not a criminal matter, and there is no guilty plea in a civil case. Assuming Plaintiffs intended to seek admission of the judgment in United States Securities and Exchange Commission v. Mark A. Miller, the motion is denied on the basis of relevance. Because of the grant of summary judgment [135], the only issue for trial is the amount of Plaintiffs' damages. The civil judgment in an unrelated case does not bear on that question. If, however, events at trial unfold in a way that makes this judgment relevant, Plaintiffs may at that time ask the Court to take judicial notice of the civil judgment. Mailed notice (sxw)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.