**BC**

**1:22-CV-05224**

Howard Salamon Deposition Transcript from December 20, 2024

PAGE 4

Q.· And can you give me your educational background after high school?

A.· I went to college, Queens College, and I was in Jewish School, and that's about it.

Q.· Okay.· Queens College, did you get a degree from there?

A.· No.

Q.· All right.· Jewish School, did you get a degree from there?

A.· Degree from -- no.

FILED

EE

4/14/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PAGE 5

Q.· And give me your employment history from high school thereon.

A.· I was at the Commodities Exchange.

Q.· Which one?

A.· In New York.· And then I was in children's apparel.· I was in the dry cleaning business.· Commercial real estate.

Q.· What was your function at the New York Commodity Exchange?

A.· I was buying and selling platinum.

Q.· For yourself or were you working for a firm?

A.· Myself.

Q.· Okay.· And how long did you do that, for what period of time?

A.· I don't remember.

Q.· A year, five years, ten years?

A.· Maybe a couple years maybe.· I just don't remember.

You know, I don't have all this information in my head.· Sorry, it's been 40 years or so.

Q.· All right.· Children's apparel, did you own your own store there?

A.· No.

Q.· Dry cleaning, did you own your own dry cleaning establishment?

A.· I did not.

Q.· Commercial real estate, what was your function there?

A.· Broker.

Q.· How long did you work at that job?

A.· Well, I had a few different real estate jobs, maybe two or three different companies. So I'm guessing total maybe three years, four years.

Q.· Okay.· What other -- what other ways

Howard Salamon 12/20/2024
McCorkle Litigation Services, Inc.
Chicago, Illinois· (312) 263-0052 6YVer1f

did you have of getting income besides the positions that you just listed?

A.· That's -- that's what I did.

Q.· Okay.· How long were you in children's apparel then?

A.· Maybe ten years.

Q.· And dry cleaning?

A.· Maybe five years, three -- I don't remember, honestly.· I don't remember.

Q.· Okay.· Because these -- if you look at the numbers, they're not quite adding up to your age.

Is there anything else that you did?

A.· When you say they're not adding up to my age, I'm not really --

Q.· Well, if you take the three years and the five years, that's eight, and you take the ten for children's apparel, that's eighteen, two years at the New York Commodity Exchange, that's twenty.· You're obviously in your -- at least 60?

A.· Yes, I am 61 actually.

Q.· Okay.· So I'm just wondering what else did you do for income?

A.· Yes, so I was -- I was involved with consulting work for public companies.· That's what I didn't say.

Q.· Okay.· What kind of consulting work?

A.· Helping companies bring in capital.

Q.· And were you working for yourself?

A.· Myself, for myself.

Q.· Okay.· How many years did you do that?

A.· Awhile.· Maybe -- I don't know, but awhile.

Q.· Forty?

A.· No, not 40 years.

Q.· Thirty?

A.· Maybe 10 years, maybe 15 years.

PAGE 9

Q.· When did you first become acquainted
with Randall Goulding?

A.· What year?

Q.· Yes, what year?

A.· I don't remember.

Q.· Give me a ballpark.

A.· Ballpark, maybe 2010 maybe, '12. I
don't recall.

Q.· How did that come about?

A.· How did that come about?

I had investments with his company that
they were an investment house, so I had some
investments with them.

PAGE 10

Q.· Okay.· And then what transpired as a
result of that meeting?

A.· When you say that meeting, I don't know
again, I invested some money in the company
that they had.· I think I was a limited partner,
and that's it.

Q.· Okay.· Did you have any further
business dealings with Mr. Goulding, Randall
Goulding?

A.· Yes.

Q.· What was the next one that you had?

A.· The next one -- well, I became the CEO
of the Capitol Capital Corporation,…

PAGE 13

Q.· And how were investment decisions made
at CCC, were you the one that made the final
decision?

A.· I think we would, you know, discuss

things, and then decide what to do.

Q.· Okay.· By we, you're talking again about David Goulding, Randall Goulding, and yourself?

A.· Yeah, that's correct.

PAGE 17

Q.· Who was the party that formed CCC?

A.· The party?

Q.· Yes, who was involved in setting up the corporation?

A.· Randall Goulding.

Q.· Anyone else?

A.· I don't know.

Q.· Did you obtain stock in the corporation?

A.· I did.

Q.· How much?

A.· I believe it's 3.8 million shares.

Q.· And how much money did you pay to get the 3.8 million shares?

A.· I don't think I paid any money for that.· I don't remember, though.· Honestly, I don't remember.

PAGE 17

Q.· Do you see the document before you, it says Securities Transfer Corp shareholders and certificate detail?

A.· Yes, yes.

Q.· The first one is Joseph Abbate?

A.· Okay.

Q.· And it shows that he had 99.00 shares?

A.· Okay.

Howard Salamon 12/20/2024
McCorkle Litigation Services, Inc.
Chicago, Illinois· (312) 263-0052 17YVer1f

Q.· How did he pay for those shares?

A.· I don't remember.· I don't know. I can't say.· I don't know.· I just don't know.

Q.· How about the next one, Acacia Investments, Inc.?

A.· I don't know.

Q.· Well, how about -- there's a list of a little over 400 investors.

How did CCC collect funds to distribute these shares?

A.· I don't recall.

Q.· Do you know whether they received any funds --

A.· I don't recall.

Q.· from the distribution of these shares?

A.· I don't recall.

Q.· How did CCC keep in touch with its stockholders?

A.· I don't -- I don't remember.

PAGE 19

Q.· And who was responsible for the day-to-day operations of CCC?

A.· In what capacity exactly?

I was the one really working the company.· David was working with the company, and Randy was helping out with the company as well.· All three of us were involved.

Q.· How about employees, how many employees were there?

A.· That's a good question.

So David, and myself, and I think we were the two employees I believe.

Q.· Just the two of you?

A.· I believe so.

PAGE 21

Q.· And Randall Goulding was the individual that was the legal representation for CCC?

A.· I believe so.

Q.· Was there anyone else that CCC used?

A.· I don't -- I don't remember.

PAGE 25

Q.· Mr. Salamon, do you see the document on the screen?

A.· Yes.

Q.· Okay.· Did you see that document before it was filed?

A.· Yes.

Q.· Okay.· If we scroll down to Paragraph 9 of that document --

A.· Nine, okay.

Q.· Okay.· It says, from its formation in 2012 until about June 20 of 2020, the principal owners of CCC were Howard Salamon, Securities Counselors, Inc. --

A.· Yes.

Q.· · and David Goulding, and the sole officers and directors were Howard Salamon and David Goulding?

A.· Okay.

Q.· In June 2020 Howard Salamon appointed David Goulding as president and resigned?

A.· Okay.

Q.· Is that accurate?

A.· Again, I don't know, but it should be.

Q.· The prior document we just saw said that you resigned in 8/12, of '19.

Now, this document, the pleading, says it was June of 2020.

Do you know which it is?

MR. DAVIS:· Objection, mischaracterizes the documents.

The document you provided specifically on Page 72 said Mr. -- I'm not trying to testify as part of my objection -- said that Mr. Salamon resigned as president.

MR. BURKE:· Right, and now in Paragraph 9 it says, in June 2020 Howard Salamon appointed David Goulding as president and resigned.

So do you know which one is accurate, Mr. Salamon?

THE WITNESS:· I don't recall.· I don't remember.

PAGE 34

Q.· Okay.· Do you have any document indicating that you specifically -- that these

individuals specifically gave money to -- and who did they give money to?

A.· This was -- oh, I'm sorry -- this was the -- this was the stock that they were going to -- I'm sorry -- this is the stock that, I think, Jason and Mark Miller -- yeah, Mark Miller -- they were going to sell in IGEX, and we had an agreement that we were going to split, they were going to get a portion, and we're going to get the balance.· They're going to sell the stock for us and the convert -- and the notes.

Q.· Okay.· And what about the other shareholders of CCC?

A.· Yeah, so I was just saying that we were the ones who gave the money to the company, so we were the ones who got the stock.

Q.· All right.· What money? You say we were the ones who gave the money.

A.· Yeah.

Q.· Who did you give the money to?

A.· The company that -- IGEX, yeah, we were the ones; meaning, John O'Shea, me, David Goulding, and Randall Goulding.

Q.· Wasn't that stock owned by Capitol Capital Corporation?

A.· That stock, I believe so.

Q.· The IGEX stock, it was owned by the corporation.

MR. DAVIS:· Objection, mischaracterizes the testimony.

Go ahead, you can answer.

THE WITNESS:· Yes, I believe that Capitol Capital, yes, had that -- owned that stock, that's correct.


PAGE 49

Q.· All right.· So the 680 million shares --

A.· Yes.

Q.· whose name did those shares go into; is that the corporation, or was it individuals?

A.· I believe it was the corporation.

Q.· And what did the corporation do with those shares?

A.· Well, we try -- we try to sell it, but we -- so that we ended up making a deal with Mark Miller for him to sell it for us.

PAGE 54

Q.· Earlier I put up an exhibit showing the stockholders of CCC, and asked you how much they had paid, and you said you couldn't recall exactly?

A.· Yes.

Q.· Did each one of those shareholders pay funds to get their shares of stock?

A.· I don't believe so.

Q.· Then why were they issued shares of stock?

A.· I forget how the corporation -- (audio interference)

MR. DAVIS:· Off the record again.

Whereupon, a discussion was had off the record.)

Whereupon, the record was read as requested.)

THE WITNESS:· The corporation came about not in the regular way where you buy shares, and you're getting shares for the company, like an investor or investment, but it was -- it was a corporation.· I just don't remember how it came about with the shareholders as part of that corporation.· I just don't recall exactly how the transaction came about.

BY MR. BURKE:

Q.· Do you recall how much money was received by CCC as a result of distributing the shares to the shareholders?

A.· No, I don't remember.· I don't recall.

Q.· Do you recall whether there was any money received by any of the shareholders?

A.· I don't remember.· I honestly don't remember.

Q.· And you don't recall -- I believe I asked this already -- you don't remember how much money, if any, you put into the corporation, correct?

A.· Correct.