**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Goulding, et al.
                                            Plaintiff,

v.                                                          Case No.: 1:22–cv–05224
                                                            Honorable Laura K. McNally

Mark Miller
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

 MINUTE entry before the Honorable Laura K. McNally. Plaintiffs' motion [165] to reconsider Plaintiff's motion in limine is denied. This document asks the Court to admit evidence of Defendant's criminal conviction, stating that the case cited in the original motion was incorrectly identified as a civil matter. The motion is denied for the same reason as the original request: the motion is denied on the basis of relevance. Because of the grant of summary judgment [135], the only issue for trial is the amount of Plaintiffs' damages. The criminal judgment in an unrelated case does not bear on that question. If, however, events at trial unfold in a way that makes this judgment relevant, Plaintiffs may at that time ask the Court to take judicial notice of the conviction. The renewed motion to permit John O'Shea to testify remotely is also denied. Mr. O'Shea is an unrepresented party with a burden of proof. He has invoked the jurisdiction of this Court, and he has chosen to proceed without counsel who can act as his representative. This is not simply a question of his being present to testify. To maintain the case he has brought, he must either attend in person or be represented by counsel who will attend in person. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.