**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Goulding, et al.

                    Plaintiff,

v.                                               Case No.: 1:22−cv−05224
                                                 Honorable Laura K. McNally

Mark Miller

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Before the Court is Defendant's Motion to Reconsider [172], which is taken under advisement. A schedule for addressing this motion will be discussed at the hearing on 4/28/26. Defendants should be prepared to address how long they need to submit a response. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.