## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David Goulding, et al.

                    Plaintiff,

v.                                              Case No.: 1:22–cv–05224
                                                Honorable Laura K. McNally

Mark Miller

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

    MINUTE entry before the Honorable Laura K. McNally. Defendant's motion to file instanter [172] is granted. Defendant is directed to file the motion to reconsider as a separate document on the docket. Mailed notice. (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.