**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Goulding, et al.

                    Plaintiff,

v.                                                    Case No.: 1:22−cv−05224
                                                      Honorable Laura K. McNally

Mark Miller

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

          MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiffs' Motion for Supplemental Summary Judgment on Monetary and Punitive Damages, Discovery Violations, Adverse Inferences, and Consciousness of Guilt [183]. This motion is denied. In [115], the Plaintiffs were ordered to file their motion for summary judgment by 6/10/25, and all of the topics discussed in the motion could have been raised in the motion that was filed at [121]. Second, this motion fails to comply with Local Rule 56.1 and is denied for that reason. To the extent that this motion should be considered a motion for discovery sanctions and not a motion for summary judgment, that motion is denied as untimely because discovery closed in February 2025, and the time for challenging responses has long since passed. This ruling does not, however, preclude Plaintiffs from arguing at trial that Defendant's discovery compliance should be given weight in the Court's evaluations of the facts. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.