**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Goulding, et al.

                  Plaintiff,

v.

                                           Case No.: 1:22–cv–05224

                                           Honorable Laura K. McNally

Mark Miller

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Plaintiffs' motion for leave to file corrected proposed final pretrial order [194] is granted. The parties may file an amended final pretrial order by 6/6/26. Defense counsel is ordered to confer with plaintiffs on the date of this order, 6/5/26, to discuss any proposed changes. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.