# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

David Goulding, et al.

                Plaintiff,

v.

                                    Case No.: 1:22–cv–05224

Mark Miller

                                    Honorable Laura K. McNally

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Laura K. McNally: Before the Court are Plaintiffs' motion to substitute Randall Goulding in place of Robyn Goulding [205] and Plaintiffs' motion to continue or dismiss [206]. The motion to substitute Mr. Randall Goulding for Robyn Goulding is denied. This case has been pending since 2022, and Plaintiffs have filed four versions of the complaint. In each of those filings, the parties could have named Mr. Randall Goulding as a plaintiff. Amending at this point would prejudice Defendant, who would have no opportunity to conduct any form of discovery regarding this new plaintiff. The parties submit as an exhibit supporting substitution an Agreement created 6/12/26 between Mr. Randall Goulding and Ms. Robyn Goulding. This eleventh–hour contract is insufficient grounds to permit Mr. Randll Goulding to bring claims against the Defendant. Because [205] is denied, Plaintiffs' request to continue the trial to permit substitution is denied as moot [206]. In [206] Plaintiffs request in the alternative leave to dismiss and replead with Mr. Randall Goulding as plaintiff. That request comes too late and is denied. A Rule 41 dismissal without prejudice may proceed pursuant to Rule 41(a)(1)(A)(ii), but that filing will require the signature of Defendant Miller. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.