**From:** Dave Goulding
**To:** Scott White
**Cc:** Mom; Howard Salamon; John O"Shea (john@ofbp.com.au)
**Subject:** Re: Goulding et al v. Miller, 22cv5224 - Bench Trial, 6/23/2026
**Date:** Tuesday, June 23, 2026 9:58:50 AM

**CAUTION - EXTERNAL:**

We are not

On Tue, Jun 23, 2026, 9:52 AM Scott White <Scott_White@ilnd.uscourts.gov> wrote:

> Subject line corrected.
>
> Regards,
>
> Scott
>
> ---
>
> **From:** Scott White
> **Sent:** Tuesday, June 23, 2026 9:47 AM
> **To:** 'skiframa@yahoo.com' <skiframa@yahoo.com>; 'davegoulding72@gmail.com' <davegoulding72@gmail.com>; 'howardsalamon@gmail.com' <howardsalamon@gmail.com>; 'john@ofbp.com.au' <john@ofbp.com.au>
> **Subject:** Goulding et al v. Miller, 22cv5224 - Bench Trial, 6/22/2026
>
> Dear Plaintiffs,
>
> Trial was scheduled to begin today at 9:30. Judge McNally asks for confirmation that you are on your way.
>
> Scott White
>
> Courtroom Deputy to the Honorable Laura McNally
>
> 219 S. Dearborn Street
>
> Chicago, IL 60604
>
> (312) 408-5110

[Click HERE to take our Customer Service Survey](#)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case: 1:22-cv-05224 Document #: 208 Filed: 06/23/26 Page 2 of 2 PageID #:1818